CONGER, Respondent, v. LA PLANT, Appellant.

(153 N. W. 934.)

(File No. 3839.  Opinion filed August 25, 1915.)

**Appeals—Error—Brief—Failure to File—Affirmance—Rules of Court.**

The time within which appellant's brief might be served and filed under the statute and rules of the Supreme Court having expired, and none having been filed, and no stipulation extending time having been filed, the appeal is deemed abandoned, and judgment appealed from affirmed.

Appeal from Circuit Court, Charles Mix County.  Hon. ROBERT B. TRIPP, Judge.

*F. B. Morgan,* and *G. M. Caster,* for Appellant.

No appearance for Respondent.

WHITING, J.  Completed service of the notice of appeal herein was made on the 21st day of June, 1915, and upon the 23d day of June, 1915, the settled record was filed in the office of the clerk of the circuit court.  No stipulation has been filed extending the time within which appellant might serve and file his brief upon this appeal, and, the time within which such brief might be filed under the statutes and rules of this court having expired, the appeal herein will be deemed abandoned.

The appeal having been abandoned, the judgment appealed from is affirmed.